# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PHILLIP J. CUMMINGS,

                          Plaintiff,

     v.

WELLS FARGO BANK, N.A., *et al.*,

                      Defendants.

Case No. 3:25-cv-00675-MMD-CSD

**ORDER**

Within the parties' joint proposed discovery plan and scheduling order, Defendant has requested an early settlement conference before a judicial officer not assigned to this case. If Plaintiff agrees to the setting of a settlement conference, the parties shall file a stipulation so requesting. If Plaintiff does not agree, Defendant may file a motion for a settlement conference, to which Plaintiff may respond.

**IT IS SO ORDERED.**

DATED:  January 20, 2026.

_____
Craig S. Denney
United States Magistrate Judge