**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PHILLIP J. CUMMINGS,

                         Plaintiff,

   v.

WELLS FARGO BANK N.A.,

                     Defendant.

3:25-cv-00675-MMD-CSD

**ORDER**

Re: ECF No. 63

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 63.)

Pursuant to the Court's Civil Standing Order (ECF No. 42), Defendant shall file a response on or before close of business on **Wednesday, March 25, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: March 23, 2026.

_____
Craig S. Denney
United States Magistrate Judge